UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CARLOS M. RODRIGUEZ

CASE NO. 6:13-cr-312-Orl-36DAB
18 U.S.C. § 1708
18 U.S.C. § 981(a)(1)(C) - Forfeiture
28 U.S.C. § 2461(c) - Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

1. At times material to this Indictment, the defendant, CARLOS M. RODRIGUEZ, was employed as a highway contract route driver with the United States Postal Service.

2. Beginning on a date unknown to the Grand Jury and continuing until on or about December 3, 2013, in Seminole County, Florida, in the Middle District of Florida, and elsewhere,

**CARLOS M. RODRIGUEZ**

the defendant herein, did knowingly steal, take, and abstract letters, mail, and articles and things contained therein, all of which was entrusted to him for delivery in the mail and had come into his possession intended to be conveyed by mail in the execution of his duties as a highway contract route driver with the United States Postal Service.

All in violation of Title 18, United States Code, Section 1708.

## FORFEITURE

1.  The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.  Upon conviction of the violation of Title 18, United States Code, Section 1708 alleged in Count One of this Indictment, the defendant,

**CARLOS M. RODRIGUEZ**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all of his interest in any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violation.

3.  If any of the property described above as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
Acting United States Attorney

By: _____
Daniel C. Irick
Assistant United States Attorney

By: _____
Carlos A. Perez-Irizarry
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

CARLOS M. RODRIGUEZ

## INDICTMENT

Violations:

18 U.S.C. § 1708

A true bill,

_____
Foreperson

Filed in open court this 18th day of December, 2013.

_____
Clerk

Bail   $_____

GPO 863 525