# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-  Case No. 6:13-cr-312-Orl-36DAB

CARLOS M. RODRIGUEZ

AUSA: David Haas
Defense Atty.: Angela Parrott

| JUDGE | **Paul A. Zoss** United States Magistrate Judge | DATE AND TIME | **December 19, 2013** 1:34-1:45 |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | TAPE/REPORTER | digital |
| INTERPRETER |  | PRETRIAL/PROB: | Brandon Ramirez |

## CLERK'S MINUTES
## INITIAL APPEARANCE/ARRAIGNMENT/BOND HEARING
**Defendant taken into federal custody today**

Case called, appearances made, procedural setting by Court
Dft advised of his rights
Dft requests appointment of counsel/Court appoints FPD
Gov summarizes penalties
Dft waives formal reading/pleads not guilty
Court sets trial term for 2/3/14 before Judge Honeywell
Gov does not seek detention
Court releases dft on OR bond, no firearms, weapons or other dangerous device/drug testing, education and treatment as directed by PTS/ reside in address given to PTS/PTS supervision
Court adjourned