# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RECEIVED
U.S. MARSH
2013 DEC 19 AM 9: 29
M.D.FL.
ORLANDO

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 6:13-cr-312-ORL-36DAB |
| CARLOS M. RODRIGUEZ | ) | USMS # 59993-018 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CARLOS M. RODRIGUEZ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Theft of U.S. Mail, in violation of 18 U.S.C. § 1708.

Date: 12-19-2013

_____
*Issuing officer's signature*

City and state: Orlando, FL

SHERYL L. LOESCH, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 12-19-13, and the person was arrested on *(date)* 12-19-13
at *(city and state)* Orlando, FL.

Date: 12-19-13

_____
*Arresting officer's signature*

MARILYN LUCAS Special Agent
*Printed name and title*